# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **8:10-CV-00435-FG3** |
| vs. | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| **CARL KING,** | ) | |
| | ) | |
| Respondent. | ) | |

Upon the petition of the United States, and the declaration and summons attached thereto,

**IT IS ORDERED:**

1.  Respondent, Carl King, shall appear before the undersigned Magistrate Judge on **January 24, 2011 at 9:30 a.m.**, in Courtroom No. 6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to show cause why he should not be compelled to comply with the Internal Revenue Service summons served on him on June 11, 2010.

2.  A copy of this Order, together with the Petition and Exhibits thereto, shall be served on the Respondent, Carl King, by an official of the Internal Revenue Service who is hereby specially appointed for that purpose, within thirty (30) days of the date of this Order.

3.  Within 5 days of being served with copies of this Order, the Petition, and the Exhibits thereto, Respondent shall file with the Court and serve on the United States Attorney a written response to the Petition. If Respondent has any defenses to present or motions to

make in opposition to the Petition, such defenses or motions shall be made in writing and filed with the Court, and copies served on the United States Attorney no later than **January 17, 2011.**  Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court, and any uncontested allegations in the Petition shall be deemed admitted.

4. If Respondent has no objection to compliance with the summons, respondent may, no later than **January 19, 2011**, notify the undersigned Magistrate Judge, in writing, with copies to the United States Attorney, of that fact, and no response or appearance as ordered herein will be required.

**DATED November 19, 2010.**

                                **BY THE COURT:**

                                **s/ F.A. Gossett, III**
                                **United States Magistrate Judge**